NEALEY AUGUSTA, *Plaintiff in Error*, v. THE STATE OF FLORIDA, *Defendant in Error*.

Opinion Filed January 23, 1923.

A Writ of Error to the Circuit Court for Volusia County; James W. Perkins, Judge.

*J. E. Peacock* and *Scarlett & Jordan,* for Plaintiff in Error;

*Rivers Buford,* Attorney General, and *Marvin C. McIntosh,* Assistant Attorney General, for the State.

PER CURIAM.—The record of the conviction of the plaintiff in error of murder in the first degree discloses no material error that could reasonably have prejudiced the rights of the defendant in the trial; and as the evidence

amply sustains the verdict, the judgment entered thereon accords with law and is affirmed.

TAYLOR, C. J., AND WHITFIELD, ELLIS, BROWNE AND WEST, J. J., concur.